TERRY A. FRIEDMAN, ESQ.
Nevada Bar No. 1975
JULIE McGRATH THROOP, ESQ.
Nevada Bar No. 11298
518 Pyramid Way
Sparks, Nevada 89431
(775) 322-6500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JENNIFER JO KILE,

    Plaintiff,

vs.

WAL-MART STORES, INC.;
JOHN DOES I-V, inclusive; and
BLACK AND WHITE COMPANIES,

    Defendants.
_____/

Case No. 3:13-cv-00142-HDM-VPC

**NOTICE OF MANDATORY FRCP 26(f) CONFERENCE**

TO: Defendant Wal-Mart Stores, Inc. and its attorney of record, Brenda Entzminger, Esq., of Phillips, Spallas & Angstadt, LLC., 504 South Ninth Street, Las Vegas, Nevada 89101:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the Mandatory FRCP 26(f) conference in the above-referenced matter will take place telephonically between counsel for Plaintiff, Terry A. Friedman, Esq. and Julie McGrath Throop, Esq., and counsel for Defendant, Brenda Entzminger, Esq., on Wednesday, April 24, 2013, at 9:00 a.m. Plaintiff's counsel will initiate the conference.

///

///

## AFFIRMATION

The undersigned hereby affirms that the within document does not contain the Social Security Number of any person.

DATED this 22nd day of April, 2013.

                                  LAW OFFICES OF TERRY A. FRIEDMAN

                                  By_____
                                  TERRY A. FRIEDMAN, ESQ.
                                  JULIE McGRATH THROOP, ESQ.
                                  518 Pyramid Way
                                  Sparks, NV 89431
                                  (775)322-6500
                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of The Law Offices of Terry A. Friedman, and that on this day I served the foregoing document(s) on all parties to this action by:

_____✓_____ placing an original or true copy thereof in a sealed envelope placed in the United States Mail at Reno, Nevada, postage paid, following ordinary business practices.
_____ certified mail, return receipt requested.
_____ having them personally delivered.
_____ facsimile (fax).
_____ Federal Express or other overnight delivery.
_____ Reno/Carson Messenger.

addressed as follows:

Brenda Entzminger, Esq.
Phillips, Spallas & Angstadt, LLC.
504 South Ninth Street
Las Vegas, NV 89101
*(Attorney for Defendant, Wal-Mart Stores, Inc.)*

Dated this 22nd day of April, 2013.

_____
Sue Balogh

3