TERRY A. FRIEDMAN, ESQ.
Nevada Bar No. 1975
JULIE McGRATH THROOP, ESQ.
Nevada Bar No. 11298
518 Pyramid Way
Sparks, Nevada 89431
(775) 322-6500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JENNIFER JO KILE,

    Plaintiff,

vs.

WAL-MART STORES, INC.;
JOHN DOES I-V, inclusive; and
BLACK AND WHITE COMPANIES,

    Defendants.
_____/

Case No. 3:13-cv-00142-HDM-VPC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

    The above-named parties, by and through their respective counsel, hereby submit the following Discovery Plan and Scheduling Order and seek a special scheduling review in compliance with LR 26-1(e)(1). The parties stipulate as follows:

**A.**     **Information Requested by FRCP 26(f):**

    1.     Counsel for the parties conducted a meeting pursuant to LR 26-1(d) on or about April 24, 2013. Defendant will make its initial FRCP 26(f) disclosures as required by Rule 26(a)(1) within 14 days of the filing of this document. Plaintiff made her FRCP 26(f) disclosures on May 3, 2013.

    2.     Discovery may be conducted on all discoverable matters relevant to issues raised by the complaint, answer, and any subsequent pleadings and documents consistent with the Federal Rules of Civil Procedure and the Local Rules of this District.

    3.     The parties stipulate that the presumptive limits on discovery as state in the Federal Rules of Civil Procedure should apply to this case.

    4.     The parties stipulate that the procedure for the informal exchange of information

about electronically stored information in this case will be consistent with the Federal Rules of Civil Procedure and Local Rules of this District.

5. The parties stipulate that the procedure for preservation of privileges and protections will be consistent with the Federal Rules of Civil Procedure and the Local Rules of this District.

**B.     Information Requested by LR 26-1(e):**

1. Discovery Deadline: Discovery shall continue to and including a period of two hundred forty (240) days from the date that defendant filed its answer, which was April 16, 2013. The deadline is December 12, 2013. The parties request an extended discovery period due to the alleged nature and complexity of the case, Plaintiff's alleged medical condition, Plaintiff's alleged need for multiple surgeries, multiple experts and a life care planner, and Defendant's need for multiple rebuttal experts, if any.

2. Amending Pleadings and Adding Parties: The date for filing motions to amend pleadings shall not be later than September 13, 2013, which is ninety (90) days prior to the close of discovery.

3. Experts: Expert disclosures shall be made on or before October 14, 2013, which is sixty (60) days before the close of discovery.

4. Rebuttal Experts: Disclosure of rebuttal experts, if any, shall be made on or before September 13, 2013, which is thirty (30) days after the initial disclosure of experts.

5. Dispositive Motions: All dispositive motions shall be filed on or before January 13, 2014, which is thirty (30) days after the discovery deadline.

6. Joint Pretrial Order: The Joint Pretrial Order shall be filed no later than February 14, 2014, which is thirty (30) days after the deadline for filing dispositive motions. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision of the Court on the dispositive motions or until further order of the Court.

7. All disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

\\\

**C.    Additional Deadlines:**

1. Pursuant to LR 26-4, the last day to file and serve an application to extend any date set by this discovery plan shall be November 22, 2013, which is twenty (20) days before the discovery deadline.

2. Pursuant to LR16-3(b), motions *in limine* must be filed and served thirty (30) days prior to trial. Oppositions to motions *in limine* shall be filed and served and the motions submitted fourteen (14) days thereafter.

**D.    Further Stipulations Between the Parties:**

1. The parties agree that expert reports will be served with the disclosures of all experts and rebuttal experts.

2. The parties stipulate that this case of alleged pharmacy negligence and/or malpractice is not governed by and is exempt from the requirements of Nevada Revised Statute Chapter 41A, and specifically the affidavit requirement of Nevada Revised Statute 41A.071 and *Fierle v. Perez*, 125 Nev. 728, 219 P.3d 906 (2008).

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 20th day of May, 2013.

| LAW OFFICES OF TERRY A. FRIEDMAN | PHILLIPS, SPALLAS & ANGSTADT |
|---|---|
| By _____<br>TERRY A. FRIEDMAN, ESQ.<br>JULIE McGRATH THROOP, ESQ.<br>518 Pyramid Way<br>Sparks, Nevada 89431<br>(775) 322-6500<br>Attorneys for Plaintiffs | By   /s/ e-signature approved<br>BRENDA ENTZMINGER, ESQ.<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702)938-1510<br>Attorney for Defendant |

\\\

# ORDER

Based upon the above stipulations of the parties, and for good cause appearing, it is hereby ordered that the above stipulated Discovery Plan and Scheduling Order is hereby adopted, ratified and ordered by the Court.

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of The Law Offices of Terry A. Friedman, and that on this day I served the foregoing document(s) on all parties to this action by:

__✓__ placing an original or true copy thereof in a sealed envelope placed in the United States Mail at Reno, Nevada, postage paid, following ordinary business practices.

_____ certified mail, return receipt requested.

_____ having them personally delivered.

_____ facsimile (fax).

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger.

addressed as follows:

Brenda Entzminger, Esq.
Phillips, Spallas & Angstadt, LLC.
504 South Ninth Street
Las Vegas, NV 89101
Tel: 702-938-1510
Fax: 702-938-1511
*(Attorney for Defendant, Wal-Mart Stores, Inc.)*

Dated this 20th day of May, 2013.

*/s/ Sue Balogh*
Sue Balogh

-5-