**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JENNIFER JO KILE, | ) | 3:13-cv-00142-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WAL-MART STORES, INC,; JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES, | ) | |
| Defendants. | ) | |

Before the court is plaintiff Kile's motion for a spoliation instruction at trial (#35). The defendant has opposed (#38) and the plaintiff has replied (#40).

Discovery in this case is not yet complete, and the court believes the request for a spoliation instruction is premature at this time.

Accordingly, the plaintiff's (#35) motion for a spoliation instruction is hereby **DENIED WITHOUT PREJUDICE**, to be renewed at trial should the plaintiff so move.

IT IS SO ORDERED.

DATED: This 30th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE