# PHILLIPS SPALLAS & ANGSTADT LLP
──────────────── ATTORNEYS AT LAW ────────────────

September 2, 2014

**SENT VIA CM/ECF**
Honorable Judge Howard D. McKibben
U.S. District Court – District of Nevada
400 S. Virginia Street
Reno, Nevada 89501

                              Re:    **Kile v. Wal-Mart Stores, Inc.**
                                       Case No: 3:13-cv-00142-HDM-VPC

Dear Judge McKibben:

      Please allow this correspondence to advise Your Honor that the parties in this matter have recently reached a settlement. As such, the parties anticipate filing of closing documents shortly.

      Please feel free to contact Ms. Entzminger directly should Your Honor have any questions or concerns.

                                                    Very truly yours,
                                                    **PHILLIPS, SPALLAS & ANGSTADT, LLC**

                                                    Billi Montijo, Paralegal to
                                                    Brenda Entzminger

Cc: Terry Friedman, Esq.
     [via facsimile 775-322-3123]

SAN FRANCISCO
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CA 94111
(415) 278-9400
FAX: (415) 278-9411

LAS VEGAS
504 S. NINTH STREET
LAS VEGAS, NV 89101
(702) 938-1510
FAX: (702) 938-1511

LOS ANGELES
1875 CENTURY PARK EAST
SUITE 1050
LOS ANGELES, CA 90067
(310) 407-3017
FAX: (310) 772-0023

NAPA
1827 CLAY STREET
SUITE 101
NAPA, CA 94558
(707) 252-1505
FAX: (707) 252-1515

──────────────── WWW.PSALAW.NET ────────────────