BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER JO KILE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES,<br><br>    Defendants. | Case No.: 3:13-cv-00142-HDM-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

//

//

party's own costs and attorney's fees.

DATED this 26th day of September, 2014.   DATED this 26th day of September, 2014.

TERRY FRIEDMAN AND JULIE THROOP, PLLC

PHILLIPS, SPALLAS & ANGSTADT

/s/ Julie McGrath Throop

/s/ Brenda H. Entzminger

Julie McGrath Throop, Esq.
300 South Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff
Jennifer Jo Kile*

BRENDA H. ENTZMINGER
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant,
Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 1st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE